IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEANDRE THOMPSON, No. 30324-044,**

    **Petitioner,**

vs.                                                             CIVIL NO. 11-cv-137-DRH

**W. A. SHERROD,**

    **Respondent.**

## JUDGMENT

This action came before the Court, Chief District Judge David R. Herndon, for consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed as moot.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

**DATED**: September 2, 2011

                                        NANCY J. ROSENSTENGEL, CLERK

Digitally signed by David R. Herndon
Date: 2011.09.02 11:25:32 -05'00'

By: s/ Tanya Kelley
Deputy Clerk

APPROVED:

Chief Judge
United States District Court